No. 101. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* UNITED STATES ET AL.; and

No. 110. RAILWAY LABOR EXECUTIVES' ASSOCIATION ET AL. *v.* UNITED STATES ET AL. Appeals from the United States District Court for the District of Columbia Circuit. (Probable jurisdiction noted, 352 U. S. 816.) The motion for leave to file brief of National Industrial Traffic League, as *amicus curiae,* is granted. *John S. Burchmore* and *Robert N. Burchmore* for movant. Reported below: 144 F. Supp. 365.

No. 261. WATKINS *v.* UNITED STATES. Certiorari, 352 U. S. 822, to the United States Court of Appeals for the District of Columbia Circuit. The motion of Robert M. Metcalf, as *amicus curiae,* praying that the Court (1) request the Solicitor General to present argument on an issue not covered in the brief for the United States, and (2) allow *amicus curiae* 10 minutes for oral argument on that issue is denied. Mr. JUSTICE BURTON took no part in the consideration or decision of this motion.

No. 419. SCHAFFER TRANSPORTATION CO. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the District of South Dakota. (Probable jurisdiction noted, 352 U. S. 923.) The motion for leave to file brief of National Industrial Traffic League, as *amicus curiae,* is granted. *John S. Burchmore* and *Robert N. Burchmore* for movant.